VR/MAG

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CARLEEN MAYNOR, | : | |
| a/k/a CARLEEN GREENIDGE, | : | CASE NO. 5:19-bk-01701 |
| a/k/a CARLEEN GREENIDGE-MAYNOR | : | |
|     Debtor | : | |

## ORDER GRANTING
## MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION

AND NOW, upon consideration of Debtor's Motion to Modify Chapter 13 Plan After Confirmation, Debtor's Fourth Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Debtor's Motion to Modify Chapter 13 Plan After Confirmation is GRANTED. It is further **ORDERED** that the amendments in the Fourth Amended Chapter 13 Plan filed in conjunction with Debtor's Motion to Modify Chapter 13 Plan After Confirmation are hereby APPROVED.

Dated: July 27, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (DG)