Label Matrix for local noticing
0314-5
Case 5:19-bk-01701-HWV
Middle District of Pennsylvania
Wilkes-Barre
Tue Jul 13 16:18:23 EDT 2021

BANFIELD PET HOSPITAL
C/O IC SYSTEM INC
PO BOX 64437
SAINT PAUL, MN 55164-0437

BSI FINANCIAL SERVICES
PO BOX 517
TITUSVILLE, PA 16354-0517

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

COMPUTER CREDIT INC
PO BOX 5238
WINSTON SALEM, NC 27113-5238

COUNTY WASTE
PO BOX 8010
CLIFTON PARK, NY 12065-8010

CREDIT COLLECTION SERVICES
725 CANTON STREET
NORWOOD, MA 02062-2679

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS, NV 89193-8873

DELAWARE RIVER JOINT TOLL
BRIDGE COMMISSION
PO BOX 4971
TRENTON, NJ 08650-4971

DRUPAD BHATT MD
500 PLAZA COURT STE C
EAST STROUDSBURG, PA 18301-8262

DUVERA BILLING SERVICES
1959 PALOMAR OAKS WAY STE 340
CARLSBAD, CA 92011-1313

Directv, LLC
by American InfoSource as agent
PO Box 5008
Carol Stream, IL  60197-5008

(p)EASYPAY FINANCE
PO BOX 2549
CARLSBAD CA 92018-2549

ELEVATIONS HEALTH CLUB
C/O FIRST CREDIT SERVICES INC
377 HOES LANE SUITE 200
PISCATAWAY, NJ 08854-4155

EMERG CARE SERVICE OF PA
C/O ARS
1643 NW 136TH AVE BLDG H STE100
SUNRISE, FL 33323-2857

EMERG PHY ASSOC OF PA
C/O AKRON  BILLING CENTER
3585 RIDGE PARK DRIVE
AKRON, OH 44333-8203

EMERGENCY PHYS ASSOC OF PA
PO BOX 635016
CINCINNATI, OH 45263-5016

EMERGENCY PHYS ASSOCIATES
AKRON BILLING CENTER
3585 RIDGE PARK DRIVE
AKRON, OH 44333-8203

EMERGENCY PHYSICIANS ASSOCIATES
PO BOX 1123
MINNEAPOLIS, MN 55440-1123

HRRG
PO BOX 8486
CORAL SPRINGS, FL 33075-8486

LAWN SPECIALTIES
100 N CONAHAN DR
HAZLETON, PA 18201-7355

LEHIGH VALLEY HOSPITAL POCONO
206 EAST BROWN STREET
EAST STROUDSBURG, PA 18301-3006

LEHIGH VALLEY PHYS GROUP
C/O PENN CREDIT
PO BOX 988
HARRISBURG, PA 17108-0988

MEDICAL IMAGING OF LEHIGH VALLEY
2 MERIDIAN BLVD 2ND FL
WYOMISSING, PA 19610-3202

Carleen Maynor
330 Wyndham Drive
Cresco, PA 18326-7450

NATIONAL RECOVERY AGENCY
2491 PAXTON STREET
HARRISBURG, PA 17111-1036

NATIONAL RECOVERY CENTER
PO BOX 17900
DENVER, CO 80217-0900

NJ E-ZPASS
C/O RMCB
4 WESTCHESTER PLAZA SUITE 110
ELMSFORD, NY 10523-1615

NJ TURNPIKE AUTHORITY
PO BOX 4971
TRENTON, NJ 08650-4971

NYC DEPT DEPT OF FINANCE
PARKING VIOLATIONS CHURCH ST STN
PO BOX 3600
NEW YORK, NY 10008-3600

| | | |
|---|---|---|
| New Jersey Turnpike Authority<br>1 Turnpike Plaza<br>1 Turnpike Plaza<br>Woodbridge, NJ 07095-1229 | ONE UNITED BANK<br>100 FRANKLIN STREET<br>BOSTON, MA 02110-1538 | PENN CREDIT CORPORATION<br>916 S 14TH STREET<br>HARRISBURG, PA 17104-3425 |
| POCONO HEALTH SYSTEM<br>C/O MRO<br>100 MADISON AVE STE 100<br>NORRISTOWN, PA 19403 | POCONO MEDICAL CENTER<br>206 EAST BROWN STREET<br>EAST STROUDSBURG, PA 18301-3094 | POCONO MT REGIONAL EMS<br>PO BOX 207<br>ALLENTOWN, PA 18105-0207 |
| POCONO PODIATRY ASSOCIATES PC<br>175 EAST BROWN STREET SUUITE 100<br>EAST STROUDSBURG, PA 18301-3098 | PPL ELECTRIC UTILITIES<br>827 HOUSMAN ROAD<br>ALLENTOWN, PA 18104-9392 | PROGRESSIVE INSURANCE<br>C/O CAINE & WEINER<br>PO BOX 55848<br>SHERMAN OAKS, CA 91413-0848 |
| PROGRESSIVE PHYSICIAN ASSOCIATES<br>95 HIGHLAND AVE SUITE 130<br>BETHLEHEM, PA 18017-9483 | Pallino Asset Management, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Richard Postiglione<br>Friedman Vartolo LLP<br>1325 Franklin Avenue<br>Garden City, NY 11530-1631 | Vincent Rubino<br>Newman Williams Mishkin Corveleyn et al<br>712 Monroe Street<br>PO Box 511<br>Stroudsburg, PA 18360-0511 | SAFE AUTO INSURANCE<br>4 EASTON OVAL<br>COLUMBUS, OH 43219-6010 |
| SPRINT<br>C/O CONVEGENT OUTSOURCING<br>PO BOX 9004<br>RENTON, WA 98057-9004 | ST LUKE'S<br>801 OSTRUM STREET<br>BETHLEHEM, PA 18015-1000 | ST LUKE'S EMERGENCY PHYSSPEC<br>PO BOX 5386<br>BETHLEHEM, PA 18015-0386 |
| ST LUKE'S WARREN HOSPITAL<br>185 ROSEBERRY STREET<br>PHILLIPSBURG, NJ 08865-1684 | ST LUKE'S WARREN PHYS GROUP<br>755 MEMORIAL PKWY<br>BLDG 200 SUITE 201<br>PHILLIPSBURG, NJ 08865-2748 | STERN & EISENBERG PC<br>1581 MAIN STREET SUITE 200<br>WARRINGTON, PA 18976-3403 |
| THE PORT AUTHORITY OF NY & NJ<br>C/O ALLIANCEONE RECEIVABLES MGMT<br>6565 KIMBALL DR SUITE 200<br>GIG HARBOR, WA 98335-1206 | U.S. Bank Trust National Association, as Tru<br>Friedman Vartolo, LLP<br>85 Broad Street, Suite 501<br>New York, NY 10004-1734 | U.S. Bank Trust, N.A.<br>c/o BSI Financial Services<br>1425 Greenway Drive, Suite 400<br>Irving, TX 75038-2480 |
| US Bank Trust National Association, as Trust<br>of the Igloo Series II Trust<br>c/o BSI Financial Services<br>1425 Greenway Drive, #400<br>Irving, TX 75038-2480 | US Bank Trust National Association, as Trust<br>of the Igloo Series II Trust<br>c/o BSI Financial Services<br>1425 Greenway Drive, #400<br>Irving, TX 75038<br>US Bank Trust National Association, as T 75038-2480 | US DEPT OF JUSTICE-NJ<br>FEDERAL BLDG RM 701<br>970 BROAD STREET<br>NEWARK, NJ 07102-2534 |
| US DISTRICT COURT<br>FISHER FEDERAL BLDG<br>402 EAST STATE STREET<br>TRENTON, NJ 08608-1507 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | VERIZON<br>C/O EOS CCA<br>PO BOX 981002<br>BOSTON, MA 02298-1002 |

| | | |
|---|---|---|
| VIOLATIONS PROCESSING CENTER<br>PO BOX 15186<br>ALBANY, NY 12212-5186 | WATERPIK<br>PO BOX 5018<br>WALLINGFORD, CT 06492-7518 | WELLS FARGO DEALER SERVICES<br>PO BOX 1697<br>WINTERVILLE, NC 28590-1697 |
| WELLS FARGO DEALER SERVICES<br>PO BOX 25341<br>SANTA ANA, CA 92799-5341 | WOODFOREST NATIONAL BANK<br>PO BOX 7889<br>THE WOODLANDS, TX 77387-7889 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh NC 27605-1000 |
| (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 | c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| EASYPAY FINANCE<br>PO BOX 2549<br>CARLSBAD, CA 92018 | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)US Bank Trust National Association, as Tru

End of Label Matrix
Mailable recipients    68
Bypassed recipients     1
Total                  69