UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carleen Maynor<br>aka Carleen Greenidge<br>aka Carleen Greenidge-Maynor<br>Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust<br>Movant<br><br>Carleen Maynor<br>aka Carleen Greenidge<br>aka Carleen Greenidge-Maynor<br>Jack N Zaharopoulos, Trustee<br>Respondents | Case No.: 5:19-bk-01701-MJC<br><br>Chapter: 13<br><br>Judge: Mark J. Conway<br><br>Hearing Date:<br>November 10, 2021 at 9:30 am<br><br>Objection Deadline:<br>October 28, 2021 |

## **CERTIFICATE OF SERVICE**

I, Lorraine Gazzara Doyle, Esq., certify that on October 14, 2021, I caused to be served a true copy of the annexed **NOTICE OF MOTION, MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND SUPPORTING DOCUMENTS**, by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

Dated: October 14, 2021

By: */s/ Lorraine Gazzara Doyle*
Lorraine Gazzara Doyle, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 230
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

# SERVICE LIST

TO:

Carleen Maynor
aka Carleen Greenidge
aka Carleen Greenidge-Maynor
330 Wyndham Drive
Cresco, PA 18326
***Debtor***

Vincent Rubino, Esquire
Newman Williams Mishkin Corveleyn et al
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511
***Debtor's Attorney***

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
***Trustee***

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
***U.S. Trustee***